SEALED
FILED

JUN 2 6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:           CASE NO. 2:18-SW-0538 EFB

12 INFORMATION ASSOCIATED WITH                [PROPOSED] ORDER COMMANDING AT&T
   MOBILE PHONE NUMBERS 704-430-4344          CORPORATION NOT TO NOTIFY ANY PERSON
13 AND 980-254-1979 THAT IS STORED AT         OF THE EXISTENCE OF WARRANT
   PREMISES CONTROLLED BY AT&T
14 Corporation
                                              **UNDER SEAL**
15

16         The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

17 the Court issue an Order commanding AT&T Corporation, an electronic communication service

18 provider and/or a remote computing service, not to notify any person (including the subscribers and

19 customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of

20 180 days from the date of this Order.

21         The Court determines that there is reason to believe that notification of the existence of the

22 attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by

23 including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of

24 behavior. *See* 18 U.S.C. § 2705(b).

25         IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T Corporation shall not

26 disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any

27 other person, for 180 days from the date of this order, except that AT&T Corporation may disclose the /

28 ///

[PROPOSED] ORDER

1  attached warrant to an attorney for AT&T Corporation for the purpose of receiving legal advice.

2  IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

3  ordered by the Court.

5  Dated: 6-26-2018

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER